(84 South. 393)

STEPHENSON v. STATE.     (6 Div. 630.)

(Court of Appeals of Alabama. Dec. 16, 1919.)

CRIMINAL LAW ☞1090(14) — CHARGES REQUESTED NOT REVIEWED IN ABSENCE OF BILL OF EXCEPTIONS.

Where no bill of exceptions appears in the record, rulings of the court upon charges requested in writing cannot be passed upon.

Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge.

Mose Stephenson was convicted of murder in the second degree, and appeals. Affirmed.

The defendant was tried upon an indictment charging murder in the first degree and upon his trial was convicted of murder in the second degree and was sentenced by the court to a term of 15 years in the penitentiary.

M. B. Grace, of Birmingham, for appellant.
J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. There is no bill of exceptions appearing in the record, and hence the

rulings of the court upon charges requested in writing cannot be passed upon.

Upon examination we find no error in the record, and the judgment is affirmed.

Affirmed.